| | |
|---|---|
| JOSEPH W. COTCHETT<br>(36324; jcotchett@cpmlegal.com)<br>PHILIP L. GREGORY<br>(95217; pgregory@cpmlegal.com)<br>PAUL N. MCCLOSKEY<br>(24541; pmccloskey@cpmlegal.com)<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 | KEVIN P. BUNDY<br>(231686; kbundy@biologicaldiversity.org)<br>**CENTER FOR BIOLOGICAL DIVERSITY**<br>351 California Street, Suite 600<br>San Francisco, CA 94104<br>Telephone: 415-436-9682 x313<br>Facsimile: 415-436-9683 |
| SHARON E. DUGGAN<br>(105108; foxsduggan@aol.com)<br>**ATTORNEY AT LAW**<br>370 Grand Avenue, Suite 5<br>Oakland, CA 94610<br>Telephone: 510-271-0825<br>Facsimile: 510-271-0829 | STUART G. GROSS<br>(251019;sgross@gross-law.com )<br>**GROSS LAW**<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>Telephone: 415.671-4628<br>Facsimile: 415.480.6688 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BESS BAIR, et al,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>    Defendants. | **Case No. 3:10-cv-04360 WHA**<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER PROHIBITING DEFENDANTS' USE OF WITNESSES DUE TO DEFENDANTS' FAILURE TO DISCLOSE WITNESSES PURSUANT TO F.R.C.P. RULE 26(a)**<br><br>(National Environmental Policy Act; Wild and Scenic Rivers Act; Administrative Procedure Act)<br><br>Hearing Date: May 12, 2011<br>Time:   8:00 a.m.<br>Courtroom: 9<br>Judge:   Hon. William H. Alsup |

**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER PROHIBITING DEFENDANTS' USE OF WITNESSES DUE TO DEFENDANTS' FAILURE TO DISCLOSE WITNESSES PURSUANT TO F.R.C.P. RULE 26(a)**

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that on <u>May 12, 2011</u> at <u>8:00 a.m.</u>, or as soon thereafter as the matter may be heard, before the Honorable William H. Alsup, Plaintiffs Bess Bair, et al. will seek an order prohibiting Defendants' use of witnesses due to Defendants' failure to disclose witnesses pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

This Motion will be based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Philip L. Gregory also in support thereof, and upon such other evidence, oral or documentary, as may be introduced at the hearing on this matter, and all briefs, papers, and records on file in this action.

Dated: March 28, 2011                                    **COTCHETT, PITRE & McCARTHY, LLP**


By _____/s/_____
PHILIP L. GREGORY
*Attorneys for Plaintiffs*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY, LLP

**NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER PROHIBITING DEFENDANTS' USE OF WITNESSES DUE TO DEFENDANTS' FAILURE TO DISCLOSE WITNESSES PURSUANT TO F.R.C.P. RULE 26(a)**

2