IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS BAIR, TRISHA LEE LOTUS, BRUCE EDWARDS, JEFFREY HEDIN, LOREEN ELIASON, ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation, CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,

    Plaintiffs,

v.

STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,

    Defendants.

No. C 10-04360 WHA

**NOTICE REGARDING JUNE 30 HEARING**

Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

**IT IS SO ORDERED.**

Dated: June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE