1 | JOSEPH W. COTCHETT
(36324; jcotchett@cpmlegal.com)
2 | PHILIP L. GREGORY
(95217; pgregory@cpmlegal.com)
3 | PAUL N. MCCLOSKEY
(24541; pmccloskey@cpmlegal.com)
4 | STUART G. GROSS
(251019; sgross@cpmlegal.com)
5 | **COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
6 | Burlingame, CA 94010
Telephone: (650) 697-6000
7 | Facsimile: (650) 697-0577

8 | SHARON E. DUGGAN
(105108; foxsduggan@aol.com)
9 | **ATTORNEY AT LAW**
370 Grand Avenue, Suite 5
10 | Oakland, CA 94610
Telephone: 510-271-0825
11 | Facsimile: 510-271-0829

12 | KEVIN P. BUNDY                              STUART GROSS
(231686; kbundy@biologicaldiversity.org)     (251019; sgross@gross-law.com)
13 | **CENTER FOR BIOLOGICAL**                  **GROSS LAW**
**DIVERSITY**                                The Embarcadero
14 | 351 California Street, Suite 600            Pier 9, Suite 100
San Francisco, CA 94104                      San Francisco, CA 94111
15 | Telephone: 415-436-9682 x313                Telephone: 415-671-4628
Facsimile: 415-436-9683                      Facsimile:  415-480-6688

*Attorney for Petitioners and Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; et al. | **Case No.3:10-cv-04360 WHA** |
| Plaintiffs, | [proposed] **ORDER GRANTING REQUEST BY PLAINTIFF LOREEN ELIASON TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | As modified |
| STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, et. al. | **DATE: August 12, 2011** |
| Defendants. | **TIME:  9:30 a.m.** |
| | **COURTROOM: E, 15th Floor** |

[Proposed] Order Granting Request By Plaintiff Loreen Eliason to Be Excused from Personal Attendance at Settlement Conference. Case No. CV-04360 WHA

1  Plaintiff Loreen Eliason has requested permission to be excused from personal attendance
2  at the August 12, 2011 Settlement Conference in this case.  This request is based on Plaintiff
3  Loreen Eliason's long-planned family vacation to be held at the same time in Orleans on the
4  Klamath River in Humboldt County.  This vacation is planned based on reservations paid for
5  several months in advance.
6  Plaintiff Loreen Eliason is available by telephone, and has requested that the Court allow
7  her to be available by telephone as needed for settlement discussions.  All other plaintiffs will be
8  in attendance at the Settlement Conference, and Plaintiff Loreen Eliason is prepared to agree to
9  any settlement that is agreed to by the majority of the Plaintiffs.  Plaintiff Loreen Eliason further
10 has agreed to Plaintiffs' attorneys representing her interest in settlement.
11 Plaintiffs' counsel has advised that she conferred with Defendants' counsel, who has
12 indicated that Defendants have no objection to this request.
13 **GOOD CAUSE APPEARING,**
14 The Court **GRANTS** the Request by Plaintiff Loreen Eliason to be Excused from
15 Personal Attendance at the scheduled August 12, 2011 Settlement Conference.  Plaintiff Loreen
16 Eliason shall be available by telephone to be consulted concerning any settlement discussions
17 that may occur on August 12, 2011. If the Court concludes that the absence of Ms. Eliason is interfering with the Settlement Conference, the Court
18 **IT IS SO ORDERED.** may continue the conference and order personal appearance by all parties.
19 DATED: __July 29__, 2011

    _____
    U.S. Magistrate Judge

    IT IS SO ORDERED AS MODIFIED
    Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

[Proposed] Order Granting Request By Plaintiff Loreen Eliason to Be Excused from Personal Attendance at Settlement Conference. Case No. CV-04360 WHA