UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; et al.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>Defendants. | **Case No.3:10-cv-04360 WHA**<br><br>**ORDER GRANTING LEAVE TO FILE JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 56-2, the parties are granted leave to file a joint statement of undisputed facts separate from their cross-motions for summary judgment. The parties shall meet and confer as to the contents of such joint statement of undisputed facts on or before August 24, 2011. The parties shall submit such statement by September 8, 2011.

In the event that the parties are unable to reach agreement as to the contents of a joint statement of undisputed facts, each side may file separate statements of facts limited

to 10 pages each by the deadline of their motion and cross-motion, respectively, accompanied by a separate declaration of counsel explaining why a joint statement was not filed.

Pursuant to stipulation and as modified, IT IS SO ORDERED.

Dated: August 8, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE