IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; TRISHA LEE LOTUS; BRUCE EDWARDS; JEFFREY HEDIN; LOREEN ELIASON; ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>        Defendants.<br>_____/ | No. C 10-04360 WHA<br><br><br><br><br><br>**CASE MANAGEMENT ORDER REGARDING STIPULATION RE REVISED BRIEFING SCHEDULE AND HEARING DATE** |

Based on the stipulation of the parties and for good cause shown, the parties' request to extend deadlines in this matter is **GRANTED**. Plaintiffs shall file their motion for summary judgment limited to 30 pages by **OCTOBER 21, 2011**. Defendants shall file their opposition to plaintiffs' motion and cross-motion for summary judgment limited to 30 pages by **NOVEMBER 14, 2011**. Plaintiffs shall file their opposition to defendants' cross-motion and their reply in support of their motion for summary judgment limited to 15 pages by **DECEMBER 5, 2011**. Defendants shall file their reply brief in support of their cross-motion limited to 15 pages on **DECEMBER 19, 2011**. The hearing shall be on **JANUARY 12, 2012, AT 8:00 A.M.**

As before, the parties are granted leave to file a joint statement of undisputed facts separate from their cross-motions for summary judgment. The parties shall meet and confer as to the contents of such joint statement of undisputed facts on or before October 7, 2011. The parties shall submit such statement by October 21, 2011. In the event that the parties are unable to reach agreement as to the contents of a joint statement of undisputed facts, each side may file separate statements of facts limited to 10 pages each by the deadline of their motion and cross-motion, respectively, accompanied by a separate declaration of counsel explaining why a joint statement was not filed.

**IT IS SO ORDERED.**

Dated:  August 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE