IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS BAIR,  
        Plaintiff,  
  v.  
CALIFORNIA STATE OF DEPT OF TRANSPORTATION,  
        Defendant.  
_____/

No. C-10-04360-WHA (EDL)

**ORDER FOR STATUS UPDATE**

      The parties participated in a settlement conference with this Court on August 12, 2011 and subsequently provided a status update containing a schedule for the exchange of information. The parties shall fax to chambers a further confidential status update on the progress of their settlement discussions by no later than September 19, 2011.

**IT IS SO ORDERED.**

Dated: August 22, 2011

                                            ELIZABETH D. LAPORTE  
                                            United States Magistrate Judge