**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; TRISHA LEE LOTUS; BRUCE EDWARDS; JEFFREY HEDIN; LOREEN ELIASON; ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>  Defendants.<br>_____ / | No. C 10-04360 WHA<br><br>**ORDER RE MOTIONS HEARING (2/23/2012)** |

    Time will be short for tomorrow's hearing. The judge is interested in the diagrams, maps and visuals on the issue concerning the diameter of the trees. Please bring illustrative materials that are already part of the record to tomorrow's hearing. New materials will not be considered.

Dated: February 22, 2012

                                                                 WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE