IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; TRISHA LEE LOTUS; BRUCE EDWARDS; JEFFREY HEDIN; LOREEN ELIASON; ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>    Defendants.<br>_____/ | No. C 10-04360 WHA<br><br><br><br>**ORDER AND REFERENCE FOR JUDGE VADAS TO CONDUCT VIEW AND SUPERVISE MEASUREMENTS** |

A view shall be conducted by Magistrate Judge Nandor Vadas at the site in question to resolve the following questions:

    1.    What is the diameter of the redwood tree alleged by Caltrans to be 84 inches and alleged by Dr. McBride to be 103 inches;

    2.    Whether or not it is true that old growth redwoods were omitted from the Caltrans maps and analysis as alleged by Dr. McBride in his declaration, such alleged omissions to be selected by plaintiffs as per the instructions in this order; and

3. Whether or not old growth redwoods were omitted from Caltrans' maps and analysis, and if so, what are the diameters of those trees?

Plaintiffs' counsel shall select a total of five trees for items (2) and (3) above (combined, not five per item). The trees selected must be from those already described in Dr. McBride's declaration. This selection must be made in writing by **MONDAY, FEBRUARY 27 AT NOON**, and filed in the record herein. On Tuesday, February 28, counsel shall jointly contact the deputy clerk for Judge Vadas at 707-445-3612 to schedule the view. Present at the view shall be one or two counsel for each side and at least one expert, engineer or other representative of each side capable of identifying the trees at issue, measuring their respective diameters, and specifying the exact location of the trees on the maps. At the view, a video recording shall be made by yet another attendee. The video recording shall also record all audio spoken. This video shall be filed in the record herein. Judge Vadas shall please prepare a report and recommendation setting forth the findings requested and taking care to mark the maps to correspond to his findings (and shall please use the original color maps, not black and white photocopies). Please submit the findings by **NOON ON MARCH 19, 2012**.

This view shall not be used by counsel to argue over environmental impacts or mitigation measures or anything other than the measurements and existence of the trees listed above in order to answer the questions set forth above. The purpose of this view is to allow plaintiffs the opportunity to pick their best six examples (the first tree in item one, plus five others for items two and three) of data errors and to see if the examples bear out as errors.

**IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2