IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; TRISHA LEE LOTUS; BRUCE EDWARDS; JEFFREY HEDIN; LOREEN ELIASON; ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>Defendants. | No. C 10-04360 WHA<br><br>**ORDER GRANTING MOTION TO STRIKE CHART COLUMNS** |

By order dated February 24, 2012, Plaintiffs were instructed to select five trees to be part of a view of the site in question (Dkt. No. 118). The February 24 order also directed Plaintiffs to refrain from using the site visit to "argue over environmental impacts or mitigation measures or anything other than the measurements and existence of the trees" (*ibid.*). In their chart identifying the five trees they selected to be part of the view, Plaintiffs nonetheless included information in columns three through five about the alleged environmental impacts of the proposed project to the selected trees, in violation of the February 24 order (Dkt. No. 121).

Caltrans' request that these columns be struck is therefore **GRANTED**. Judge Vadas shall please refrain from relying on the information contained in columns three through five of Plaintiffs' chart during the site visit.

**IT IS SO ORDERED.**

Dated: March 5, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE