IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS BAIR; TRISHA LEE LOTUS; BRUCE EDWARDS; JEFFREY HEDIN; LOREEN ELIASON; ENVIRONMENTAL PROTECTION INFORMATION CENTER, a non-profit corporation; CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation; and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, and CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,<br><br>Defendants. | No. C 10-04360 WHA<br><br>**ORDER REGARDING OBJECTIONS TO AND SUPPLEMENTAL BRIEFING ON REPORT AND RECOMMENDATION** |

The parties have until **NOON ON MARCH 26, 2012**, to submit objections to the report and recommendation issued by Judge Vadas (Dkt. No. 137.) The parties are also ordered to submit briefs of no longer than five pages setting forth their respective positions regarding the significance of the findings contained in the report and recommendation and how those findings impact the pending cross-motions for summary judgment. Both parties' briefs shall be filed no later than noon on March 26, 2012.

**IT IS SO ORDERED.**

Dated: March 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE