UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BESS BAIR; et al., | No. 3:10-CV-04360 WHA (NJV) |
| Plaintiffs, | SUPPLEMENTAL REPORT AND RECOMMENDATION RE REFERRAL FOR VIEW OF REDWOOD TREES |
| v. | |
| STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation, | (Doc. No. 118) |
| Defendants. | |

On March 13, 2012, the undersigned issued a Report and Recommendation in this case in response to a referral from District Judge William Alsup. In that Report and Recommendation, the undersigned made reference to "tiny numerals" found adjacent to particular trees depicted on the maps used in conjunction with the view of the redwood trees. At the viewing, the representatives of the State of California Department of Transportation stated that these numerals indicated the Department's measurement of the diameter of the adjacent trees in feet. Plaintiffs did not dispute this explanation of the meaning of the numerals.

Dated: March 28, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge