**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: November 7, 2012        Time: 9:35 a.m.- 12:35 p.m.

Case No:  **C-** 10-04360 WHA **(EDL)**

Case Name:  BESS BAIR **v.** CALIFORNIA STATE OF DEPT OF TRANSPORTATION

  Deputy Clerk:  Kristen Melen     Court Reporter: Belle Ball

  Attorneys:  Pltf: Phillip Gregory, Stuart Gross, Kevin Bundy, Allison Gunsallus
        Deft: Lucille Baca, Janet Wong, Stacy Lau, Charles Fielder

---

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE- Fees and Costs    []   FURTHER SETTLEMENT CONFERENCE

  [X]   Matter settled

  []   Did not settle

  []   Partial settlement

[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE: _____

[]   TELEPHONIC CONFERENCE RE: _____

[X]   OTHER: The parties will reduce the settlement to writing and submit to the Court.

cc: WHA