IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS BAIR, *et al*.

    Plaintiffs,

v.

STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, CINDY McKIM, in her official capacity as Director of the State of California Department of Transportation,

    Defendants.

No. C 10-04360 WHA

**ORDER DENYING MOTION TO RELATE CASES**

Under Local Rule 3–12, actions are related if they "concern substantially the same parties, property, transaction or event; and [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The instant action was closed on April 4, 2012 (Dkt. No. 146). The defendants in *Souza v. State of California Department of Transportation*, 13-cv-4407 SC, and the defendants in this action are not the same. While Caltrans and its then director Cindy McKim were defendants in this action, the National Marine Fisheries Service and Acting Assistant Administrator for Fisheries Samuel D. Rauch III were not. On the other hand, the National Marine Fisheries Service and administrator Rauch are defendants in the *Souza* action. Moreover, the actions do not concern the same property, transaction, or events. This action challenged a proposed project to improve a stretch of Highway 101 in Humboldt County and the alleged failure to address the

impact to old-growth redwood trees. The *Souza* action challenges a different project on Highways 199 and 197 in Del Norte County, several hundred miles away, and the alleged failure to address the impact on the Smith River and various protected species in the area. While both actions raise the National Environmental Policy Act claims against Caltrains, it cannot be the case that *any* action filed against Caltrans under the National Environmental Policy Act or the Administrative Procedure Act should be related. Moreover, the *Souza* action raises claims under the Magnuson-Stevens Act and the Endangered Species Act, which were not raised in this action. In short, the *Souza* action involves different parties, different properties, and different claims for relief than this action. Relating the two actions will therefore not save judicial resources (Dkt No. 146).

*Souza v. State of California Department of Transportation*, 13-cv-4407 SC, will remain assigned to Judge Samuel Conti for all further proceedings.

**IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2