STUART G. GROSS
(CBN 251019; sgross@grosskleinlaw.com)
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: 415-671-4628
Facsimile: 415-480-6688

JOSEPH W. COTCHETT
(CBN 36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY
(CBN 95217; pgregory@cpmlegal.com)
PAUL N. MCCLOSKEY
(CBN 24541; pmccloskey@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

SHARON E. DUGGAN
(CBN 105108; foxsduggan@aol.com)
**ATTORNEY AT LAW**
336 Adeline St
Oakland, CA 94607
Telephone: 510-271-0825
Facsimile: 510-271-0829

KEVIN P. BUNDY
(CBN 231686;
kbundy@biologicaldiversity.org)
**CENTER FOR BIOLOGICAL DIVERSITY**
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone: 510-844-7100 x313
Facsimile: 510-844-7150

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BESS BAIR; et al.**, <br><br> **Plaintiffs,** <br><br> v. <br><br> **STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION; et al.**, <br><br> **Defendants** | Case No. 10-CV-04360 (WHA) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PRELIMINARY INJUNCTION BOND** <br><br> [N.D. Cal. Civ. L.R. 7-11, 7-12] <br><br> Courtroom:  8 (19th Floor) <br> Judge:  Hon. William H. Alsup |

STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PRELIMINARY INJUNCTION BOND
Case No. 10-CV-4360-WHA

THE PARTIES, Plaintiffs Bess Bair, et al. ("Plaintiffs"), and Defendants State of California Department of Transportation, et al. ("Defendants" or "Caltrans"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 17, 2010, Plaintiffs filed a state court action challenging Defendants' approval of the Richardson Grove Operational Improvement Project ("Project") pursuant to state environmental laws in the San Francisco Superior Court, *Lotus et at. v. State of California Department of Transportation, et al.*, which was subsequently transferred to the Humboldt County Superior Court and assigned Case No CV110002 (the "*Lotus*" Action);

WHEREAS, on September 27, 2010, Plaintiffs filed this federal action challenging Defendants' approval of the Project pursuant to federal environmental and other laws in the Northern District of California, *Bair, et al. v. State of California Department of Transportation, et al.*, Case No. CV 10-4360 WHA ("*Bair I*");

WHEREAS, on July 6, 2011, this Court in *Bair I* issued its Order granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 84) and directing Plaintiffs to post a bond in the amount of $10,000 within 14 calendar days of the Order;

WHEREAS, on July 15, 2011, counsel for Plaintiffs posted a bond in the amount of $10,000 (Dkt. 86, 86-1);

WHEREAS, on April 4, 2012, this Court in *Bair I* issued its Order on Cross-Motions for Summary Judgment, Motion to Strike, and Motion for Sanctions (Dkt. 146), granting Plaintiffs' Cross-Motion for Summary Judgment in part and denying it in part without prejudice, and administratively closed the case;

WHEREAS, there currently is no challenge to the Project pending before this Court; and

WHEREAS, Plaintiffs have been advised by the Clerk of this Court that an Order from this Court is necessary before the bond posted as security for the preliminary injunction issued in *Bair I* on July 6, 2011, can be released;

//

//

STIPULATION AND [~~PROPOSED~~] ORDER FOR RETURN OF PRELIMINARY INJUNCTION BOND
Case No. 10-CV-4360-WHA

1

NOW THEREFORE THE PARTIES AGREE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1. There is no longer any need for Plaintiffs to maintain a bond with this Court as security for the preliminary injunction issued on July 6, 2011.

2. The Clerk shall release the bond posted by Plaintiffs, plus any accrued interest, forthwith upon receipt of this Order.

**COTCHETT, PITRE & MCCARTHY, LLP**
**GROSS & KELIN LLP**
**SHARON E. DUGGAN, ATTORNEY AT LAW**
**CENTER FOR BIOLOGICAL DIVERSITY**

Dated: April __, 2016           By:     /s/
                                      PHILIP L. GREGORY
                                      STUART G. GROSS
                                      SHARON E. DUGGAN
                                      KEVIN P. BUNDY

                                *Attorneys for Plaintiffs BESS BAIR, et al.*

Dated: April __, 2016           **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

                                By:     /s/ Stacy J. Lau
                                      LUCILLE Y. BACA
                                      JANET WONG
                                      STACY J. LAU

                                *Attorneys for Defendants CALIFORNIA DEPT. OF TRANSPORTATION, et al.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 6, 2016.                  _____
                                        HON. WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT JUDGE