| | |
|---|---|
| STUART G. GROSS<br>(CBN 251019; sgross@grosskleinlaw.com)<br>**GROSS & KLEIN LAW LLP**<br>The Embarcadero<br>Pier 9, Suite 100<br>San Francisco, CA 94111<br>Telephone: 415-671-4628<br>Facsimile: 415-480-6688<br><br>JOSEPH W. COTCHETT<br>(CBN 36324; jcotchett@cpmlegal.com)<br>PHILIP L. GREGORY<br>(CBN 95217; pgregory@cpmlegal.com)<br>PAUL N. MCCLOSKEY<br>(CBN 24541; pmccloskey@cpmlegal.com)<br>**COTCHETT, PITRE & McCARTHY**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650-697-6000<br>Facsimile: 650-697-0577 | SHARON E. DUGGAN<br>(CBN 105108; foxsduggan@aol.com)<br>**ATTORNEY AT LAW**<br>336 Adeline St<br>Oakland, CA 94607<br>Telephone: 510-271-0825<br>Facsimile: 510-271-0829<br><br>KEVIN P. BUNDY<br>(CBN 231686; kbundy@biologicaldiversity.org)<br>**CENTER FOR BIOLOGICAL DIVERSITY**<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Telephone: 510-844-7100 x313<br>Facsimile: 510-844-7150 |

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BESS BAIR; et al.**,<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION; et al.**,<br><br>　　　　**Defendants** | Case No. 10-CV-04360 (WHA)<br><br>**AMENDED STIPULATION AND AMENDED [PROPOSED] ORDER FOR RETURN OF PRELIMINARY INJUNCTION BOND**<br><br>[N.D. Cal. Civ. L.R. 7-11, 7-12]<br><br>**Courtroom:** 8 (19th Floor)<br>**Judge:** Hon. William H. Alsup |

THE PARTIES, Plaintiffs Bess Bair, et al. ("Plaintiffs"), and Defendants State of California Department of Transportation, et al. ("Defendants" or "Caltrans"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 17, 2010, Plaintiffs filed a state court action challenging Defendants' approval of the Richardson Grove Operational Improvement Project ("Project") pursuant to state environmental laws in the San Francisco Superior Court, *Lotus et at. v. State of California Department of Transportation, et al.*, which was subsequently transferred to the Humboldt County Superior Court and assigned Case No CV110002 (the "*Lotus*" Action);

WHEREAS, on September 27, 2010, Plaintiffs filed this federal action challenging Defendants' approval of the Project pursuant to federal environmental and other laws in the Northern District of California, *Bair, et al. v. State of California Department of Transportation, et al.*, Case No. CV 10-4360 WHA ("*Bair I*");

WHEREAS, on July 6, 2011, this Court in *Bair I* issued its Order granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 84) and directing Plaintiffs to post a bond in the amount of $10,000 within 14 calendar days of the Order;

WHEREAS, on July 15, 2011, Plaintiff Center for Biological Diversity, through counsel, posted a bond in the amount of $10,000 (Dkt. 86, 86-1);

WHEREAS, on April 4, 2012, this Court in *Bair I* issued its Order on Cross-Motions for Summary Judgment, Motion to Strike, and Motion for Sanctions (Dkt. 146), granting Plaintiffs' Cross-Motion for Summary Judgment in part and denying it in part without prejudice, and administratively closed the case;

WHEREAS, there currently is no challenge to the Project pending before this Court;

WHEREAS, Plaintiffs have been advised by the Clerk of this Court that an Order from this Court is necessary before the bond posted as security for the preliminary injunction issued in *Bair I* on July 6, 2011, can be released;

WHEREAS, on April 5, 2016, Plaintiffs submitted a Stipulation and [Proposed] Order for Return of Preliminary Injunction Bond, which this Court granted on April 6, 2016; and

WHEREAS, on April 13, 2016, the Clerk advised Plaintiffs that the Court's Order must be amended to direct return of the bond to the Center for Biological Diversity, which was the party that originally posted the bond;

NOW THEREFORE THE PARTIES AGREE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1. There is no longer any need for Plaintiffs to maintain a bond with this Court as security for the preliminary injunction issued on July 6, 2011.

2. The Clerk shall release the bond posted by Plaintiffs, plus any accrued interest, to the Center for Biological Diversity forthwith upon receipt of this Order.

**COTCHETT, PITRE & MCCARTHY, LLP**
**GROSS LAW, P.C.**
**SHARON E. DUGGAN, ATTORNEY AT LAW**
**CENTER FOR BIOLOGICAL DIVERSITY**

Dated: April 21, 2016        By: /s/ Kevin P. Bundy
                                  PHILIP L. GREGORY
                                  STUART G. GROSS
                                  SHARON E. DUGGAN
                                  KEVIN P. BUNDY

*Attorneys for Plaintiffs BESS BAIR, et al.*

Dated: April 21, 2016        **CALIFORNIA DEPARTMENT OF TRANSPORTATION**

                             By: /s/ Stacy J. Lau
                                  LUCILLE Y. BACA
                                  JANET WONG
                                  STACY J. LAU

*Attorneys for Defendants CALIFORNIA DEPT. OF TRANSPORTATION, et al.*

SO ORDERED.
Date: April 25, 2016.        _____
                             Hon. William Alsup, U.S. District Judge

AMENDED STIPULATION AND AMENDED [PROPOSED] ORDER FOR RETURN OF PRELIMINARY INJUNCTION BOND
Case No. 10-CV-4360-WHA

2